UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MICHELLE MOTA,

                Plaintiff,

      -against-

MARK CAMPBELL, individually,

                Defendant.
----------------------------------------------------------------X

Civil Case No. 1:21-cv-05067-JPC

**DEFAULT JUDGMENT**

This action having been commenced on June 8, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Mark Campbell, on June 21, 2021 by personal service via Federal Express on C. Hapman (Reception/Front Desk), and a proof of service having been filed on July 21, 2021 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $262,500.00 with pre judgment interest at 9% from May 11, 2020 amounting to $302,690.97, plus post judgment interest pursuant to 28 U.S.C. 1961(a), costs and disbursements of this action in the amount of $863.42 amounting in all to $303,554.39.

      Dated: New York, New York
             December 13, 2021

                                      _____
                                      John P. Cronan, U.S.D.J.

                                      This document was entered on the docket
                                      on _____.